**Exhibit A to the Complaint**

**Location:** Costa Mesa, CA  **IP Address:** 76.171.117.172
**Total Works Infringed:** 54  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 13FFDD00D2E03C6F103DB775A870C2B0BD35070E | Tushy | 01/10/2018 07:47:55 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 2 | 030B8276A2E4B491DDC5534009E2417F9CAA1362 | Tushy | 07/28/2017 08:05:49 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 3 | 05974F8D127A7CB312030D0D833B828F6586EEAC | Vixen | 12/03/2017 13:47:36 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 4 | 0D72B710324FE82044BA0A219E709B5B9600EFEA | Tushy | 05/19/2017 10:46:48 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 0EF4D5C9090BDD7135F747D4101244272CB73999 | Tushy | 07/28/2017 07:31:03 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 6 | 15A9AD59EBBC05EA27DB08074626F90CF4DA2415 | Tushy | 12/03/2017 15:02:38 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 7 | 1E75D55B9CB9C6FA302F8713E147F1746FF6DD49 | Blacked | 05/19/2017 10:38:12 | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 8 | 1E88257B5A7E167737FB457C5D93EF92AE972CC2 | Blacked | 01/26/2018 05:14:16 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 9 | 1F9B47EAF9CB8170487BC4E9523C134710872A65 | Tushy | 05/19/2017 11:01:46 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 10 | 224C19AC3CE85B27965D68479E33E7588D0BB02E | Tushy | 12/03/2017 15:41:59 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 11 | 2CEA82C6565500A67AA28B6E858B7BD104658DA5 | Blacked | 10/12/2017 18:10:38 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 12 | 3929C6ACC3682628E7E1859A0AD1E7DF9F777E5B | Tushy | 07/28/2017 07:22:35 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 13 | 3C40112BBB34B6425E0BB15D1CC96F6577C75FE6 | Blacked Raw | 01/04/2018 08:37:43 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 14 | 3DC944A1AD966BC9391CEC53DEE47573EDCCB5A8 | Blacked | 01/26/2018 05:18:25 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 15 | 3DE366201F8A70D30C2A1555729BC114CE3EB953 | Tushy | 01/10/2018 07:23:13 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 16 | 4A1780EB0A60E46C96E4099F658B26C45D741B00 | Blacked | 01/26/2018 05:15:14 | 11/16/2017 | 11/18/2017 | 16020392782 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5410395B9658F937942371AA285E65291F47AA6C | Tushy | 07/28/2017 07:23:29 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 18 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | Blacked | 10/12/2017 18:59:44 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 19 | 5C3311803A2AE6A1DC7120B54554E1AD681D4344 | Tushy | 07/28/2017 08:23:32 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 20 | 5D6ABD57C8B5576ED9871B9FADD078C3AEBC9AE4 | Tushy | 12/03/2017 14:31:52 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 21 | 5E48CB4ED7C16FD66FBBA7681EE252C158DF061B | Blacked | 08/01/2017 11:19:23 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 22 | 62918C330DAF0E9F027CBED5ED5E7EAFD108C246 | Blacked | 10/12/2017 18:24:46 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 23 | 64A59E0155A476F1729AFE2417387FE8737CF0C4 | Blacked | 08/01/2017 09:38:47 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 24 | 6A486981622EAC00D5B3A8736FCD1A633977303D | Blacked Raw | 11/15/2017 05:57:19 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 25 | 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43 | Tushy | 09/29/2017 19:29:50 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 26 | 6DF86B1B14EC9FF1D81770CB7231EBE5E24CC42C | Vixen | 01/12/2018 06:56:24 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 27 | 7105B3D5A8869772E44C5F6C1349832164EAAEAF | Tushy | 05/19/2017 11:03:29 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 28 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 10/12/2017 19:32:34 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 29 | 76ABE76487013827CF5F4F479B032B703D7CE9A4 | Blacked | 10/12/2017 18:19:24 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 30 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 10/12/2017 18:14:36 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 31 | 7D0D7BB80FF6E3A05B5EDDD5298A2E382BF98274 | Blacked | 11/15/2017 19:04:10 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 32 | 8359455E56EDB1AD829E0ACBACF1D98BD86EE2EF | Tushy | 07/28/2017 07:04:16 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 33 | 8578E84315C1726CA00BD19A6FB228412A348BC0 | Blacked | 10/12/2017 18:21:26 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 34 | 8BD8A32C652E3385C1884BBF8CFF1C2D8D27D7BA | Vixen | 11/15/2017 07:58:37 | 07/13/2017 | 08/10/2017 | PA0002046873 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8C56FC696AA633E942BD32490009D0FAE08C363F | Vixen | 01/12/2018 05:31:54 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 36 | 93FA376B2CEBE61A2C29FBEC34D10AB606001FBF | Tushy | 07/28/2017 07:42:39 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 37 | 9467A61011D4831D74B6EC4EC8C9582E01F53BC8 | Tushy | 09/29/2017 19:18:47 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 38 | 9736BEA74CCF3D6C6AA4872E44C4EC52D5E79052 | Tushy | 07/28/2017 07:01:41 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 39 | A39399E6D6B5FF45F2E0E798A48F9A2D20FE3E00 | Tushy | 12/03/2017 15:17:15 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 40 | A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2 | Blacked | 01/26/2018 05:11:48 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 41 | AE99078133EB9BE953B7BC89598C4F251C5883DE | Blacked | 08/01/2017 08:55:04 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 42 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 10/12/2017 19:08:23 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 43 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 01/12/2018 06:40:59 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 44 | C16A75181E14E27ED6F6249448DDADC7A7016A0D | Blacked | 10/12/2017 18:28:30 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 45 | C4C27036A29087CA0E0E3CF3F45E465552C1174A | Blacked | 05/19/2017 10:26:14 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 46 | C61CE30F96E9037E7363DAC9D09E07E281ED5FAD | Tushy | 05/19/2017 11:15:36 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 47 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 10/12/2017 18:51:59 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 48 | C8393D46AE9C7AFC3907055798CAE49F18D9C9FB | Blacked | 10/12/2017 18:17:14 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 49 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 11/15/2017 07:17:58 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 50 | E1A2E8F5B8E5625BA1F6DA997D017DD225B832A2 | Tushy | 12/03/2017 14:39:29 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 51 | E49222EB236425C434143B6C3E9165E336EE05B8 | Blacked Raw | 01/04/2018 08:52:25 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 52 | E80327AE9469BCEC32A4EA5FB7506FF53776AC8B | Tushy | 09/29/2017 19:22:23 | 09/18/2017 | 10/09/2017 | PA0002086139 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | FAD86262581A95579253F08E5353B33F8BECFED5 | Tushy | 12/03/2017 13:59:03 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 54 | FC61F5A0FC9E1ADADAE044CA864470F5B3C00A31 | Tushy | 09/29/2017 19:54:12 | 07/30/2017 | 08/11/2017 | PA0002075051 |